## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**CHRISTOPHER LEE BISHOP,**
**ADC # 136580**                                                                            **PLAINTIFF**

**V.**                                    **No. 5:10CV00190 JMM-BD**

**STATE OF ARKANSAS,** *et al.*                                              **DEFENDANTS**

### ORDER

The Court has received the Partial Recommended Disposition from Magistrate

Judge Beth Deere.  The parties have not filed objections.  After careful review of the

recommendation, as well as a *de novo* review of the record, the Court concludes that the

Partial Recommended Disposition should be, and hereby is, approved and adopted as this

Court's findings in all respects in its entirety.

The State of Arkansas, the Arkansas Department of Correction, and Correctional

Medical Services are DISMISSED as party Defendants.

IT IS SO ORDERED, this 6th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE