IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHRISTOPHER LEE BISHOP**                                                              **PLAINTIFF**

V.                            **Case No. 5:10CV00190 BD**

**STATE OF ARKANSAS,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 18th day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE